EXHIBIT A

FILE COPY

# COMMONWEALTH OF MASSACHUSETTS
## THE TRIAL COURT
### SUPERIOR COURT DEPARTMENT

MIDDLESEX, ss.                                CIVIL ACTION NO. 05-3829

)
JAY K. HACHIGIAN and )
JILL HACHIGIAN, )
         Plaintiffs, )
)
v. )
)
JAMES S. DIGIANDOMENICO )
         Defendant. )
)

## DEFENDANT JAMES S. DIGIANDOMENICO'S SUGGESTION OF BANKRUPTCY

PLEASE TAKE NOTICE that on June 28, 2006, Defendant, James S. DiGiandomenico ("Mr. DiGiandomenico"), in the above-captioned action filed a voluntary petition under 11 U.S.C. Chapter 11 of the United States Bankruptcy Code (the "Code") in the United States Bankruptcy Court for the District of Maine (the "Bankruptcy Court"), Case No. 06-20257 JBH. Accordingly, pursuant to the Code, an order for relief was entered by the Bankruptcy Court on June 28, 2006.

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 362, such order for relief stays, among other things, the continuation of a judicial, administrative or other action or proceeding against Mr. DiGiandomenico that was or could have been commenced before the filing of the bankruptcy petition or any act to obtain possession of or exercise control over property of the estate.

June 28, 2006

James S. DiGiandomenico, Defendant
By his Attorneys,

_____
Geoffrey A. Domenico, Esq.
PISCITELLI, DOMENICO & MURPHY, LLP
171 Washington Street
North Easton, MA 02356
(508) 230-8777
BBO# 128360

I HEREBY CERTIFY THAT A TRUE COPY
OF THE FOREGOING DOCUMENT WAS
SERVED UPON EACH PARTY OR ITS
ATTORNEY OF RECORD BY FAX AND MAIL
ON ___June 28, 2006___

_____



EXHIBIT B

# Fred W. Bopp III

| | |
|---|---|
| **From:** | Lesley Benware [lab@shlanskylaw.com] |
| **Sent:** | Wednesday, August 16, 2006 6:02 PM |
| **To:** | Randy J. Creswell |
| **Cc:** | 'David Shlansky'; ldk@shlanskylaw.com |
| **Subject:** | Bankruptcy of James DiGiandomenico, Case Number 06-20257 |

Dear Mr. Creswell:

I am writing with regard to the Chapter 11 Bankruptcy Case Number 06-20257 of James DiGiandomenico, for whom I note you are the attorney of record.

As you may be aware, Shlansky & Co., LLP, represents Mr. DiGiandomenico's second largest unsecured creditors, Mr. and Mrs. Jay Hachigian, in their civil claims against him in a case which is currently stayed at the Superior Court in Middlesex County, Massachusetts. We have reviewed Mr. DiGiandomenico's bankruptcy pleadings online and noted that he identified the Hachigians on his Voluntary Petition of Bankruptcy filed on June 28, 2006, as well as the Schedules and Statements which were filed with the Bankruptcy Court on July 21, 2006.

We recently noted that the 341 Creditors' Meeting was rescheduled in this case to August 29, at 10:00 a.m. Our office has not been provided with any documentation regarding this meeting, nor has it received a form to file a proof of claim, despite Mr. DiGiandomenico's voluntary identification of the Hachigians' claim against him in his Bankruptcy Petition and Schedules.

Could you please advise whether this is an administrative oversight, and, if so, whether you are the appropriate party to contact? We would greatly appreciate receiving a proof of claim form, as we intend to file an appearance in this case.

Please call with any questions or comments. Thank you.

Sincerely

Lesley

Lesley A. Benware, Paralegal
Shlansky & Co., LLP
1762 Massachusetts Avenue
Lexington, MA 02420
Tel: (617) 497-7200
Fax: (866) 257-9530

This email message and any attachments are intended only for the use of the addressee named above and may contain information that is privileged and confidential. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you received this message in error, please immediately notify the sender by replying to this email message or by telephone. Thank you.


EXHIBIT C

# Fred W. Bopp III

**From:** Cindy Paine
**Sent:** Thursday, August 17, 2006 12:16 PM
**To:** 'lab@shlanskylaw.com'
**Cc:** Randy J. Creswell
**Subject:** FW: Bankruptcy of James DiGiandomenico, Case Number 06-20257

Lesley,

Per your email to Randy Creswell, Attorney for James DiGiandomenico, attached please find a copy of the latest Notice of Creditors Meeting, now scheduled for August 29, 2006 at 10:00 a.m. We will review the creditors list to be sure Shlansky & Co., LLP receives all future notices on behalf of the Hachigians.

If you have any further questions, please let us know.

Thanks, Cindy

---

Cindy Paine
Legal Assistant

**PERKINS|THOMPSON**

ONE CANAL PLAZA, PO BOX 426
PORTLAND, ME 04112-0426
207.774.2635 x272
FAX 207.871.8026
www.perkinsthompson.com
cpaine@perkinsthompson.com

**CONFIDENTIALITY AND TAX ADVICE NOTICE:** The information contained in this communication may be confidential or privileged. If you are not the intended recipient of this communication, any disclosure, copying, distribution or use of this communication is prohibited. If you have received this communication in error, please notify the sender and immediately destroy this communication. Any tax advice contained in this communication cannot be used to avoid tax penalties.

-----Original Message-----
**From:** Lesley Benware [mailto:lab@shlanskylaw.com]
**Sent:** Wednesday, August 16, 2006 6:02 PM
**To:** Randy J. Creswell
**Cc:** 'David Shlansky'; ldk@shlanskylaw.com
**Subject:** Bankruptcy of James DiGiandomenico, Case Number 06-20257

Dear Mr. Creswell:

I am writing with regard to the Chapter 11 Bankruptcy Case Number 06-20257 of James DiGiandomenico, for whom I note you are the attorney of record.

As you may be aware, Shlansky & Co., LLP, represents Mr. DiGiandomenico's second largest unsecured creditors, Mr. and Mrs. Jay Hachigian, in their civil claims against him in a case which is currently stayed at the Superior Court in Middlesex County, Massachusetts. We have reviewed Mr. DiGiandomenico's bankruptcy pleadings online and noted that he identified the Hachigians on his Voluntary Petition of Bankruptcy filed on June 28, 2006, as well as the Schedules and Statements which were filed with the Bankruptcy Court on July 21, 2006.

05/29/2007

We recently noted that the 341 Creditors' Meeting was rescheduled in this case to August 29, at 10:00 a.m. Our office has not been provided with any documentation regarding this meeting, nor has it received a form to file a proof of claim, despite Mr. DiGiandomenico's voluntary identification of the Hachigians' claim against him in his Bankruptcy Petition and Schedules.

Could you please advise whether this is an administrative oversight, and, if so, whether you are the appropriate party to contact? We would greatly appreciate receiving a proof of claim form, as we intend to file an appearance in this case.

Please call with any questions or comments. Thank you.

Sincerely

Lesley

Lesley A. Benware, Paralegal
Shlansky & Co., LLP
1762 Massachusetts Avenue
Lexington, MA 02420
Tel: (617) 497-7200
Fax: (866) 257-9530

This email message and any attachments are intended only for the use of the addressee named above and may contain information that is privileged and confidential. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you received this message in error, please immediately notify the sender by replying to this email message or by telephone. Thank you.

05/29/2007

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MAINE

| | |
|---|---|
| In re: | ) |
| | ) |
| JAMES S. DIGIANDOMENICO, a/k/a | ) Chapter 11 |
| JAY S. DIGIANDOMENICO, | ) Case No. 06-20257 JBH |
| | ) |
| Debtor. | ) |

### SECOND NOTICE OF RESCHEDULED § 341 MEETING OF CREDITORS

PLEASE TAKE NOTICE that the Rescheduled § 341 Meeting of Creditors, which is currently scheduled to be held on August 10, 2006 at 10:00 a.m., has been further **rescheduled** and will now be held on August 29, 2006 at 10:00 a.m., to be held at the Bankruptcy Court, 537 Congress Street, Room 302, Portland, Maine.

Dated at Portland, Maine this 8th day of August, 2006.

/s/ Randy J. Creswell
Randy J. Creswell, Esq.
Counsel for James S. DiGiandomenico, a/k/a
Jay S. DiGiandomenico,
Debtor and Debtor in Possession

Perkins Thompson, P.A.
One Canal Plaza, 9th Floor
PO Box 426
Portland, ME  04112-0426
(207) 774-2635

## CERTIFICATE OF SERVICE FOR ELECTRONIC FILING

I, Randy J. Creswell, Esq., attorney for Debtor and Debtor in Possession, James S. DiGiandomenico, a/k/a Jay S. DiGiandomenico, in compliance with Maine Bankruptcy Rule 9042-1, hereby certify that I have caused to be served on this day true copies of the above Notice of Rescheduled § 341 Meeting of Creditors and this Certificate of Service, upon each of the parties set forth on the Service List below, via First Class U.S. mail, postage fully prepaid, on this date.

All other parties listed on the Notice of Electronic Filing have been served electronically on this date.

Dated at Portland, Maine this 8th day of August, 2006.

/s/ Randy J. Creswell
Randy J. Creswell, Esq.
Counsel for James S. DiGiandomenico, a/k/a
Jay S. DiGiandomenico,
Debtor and Debtor in Possession

Perkins Thompson, P.A.
One Canal Plaza, 9th Floor
PO Box 426
Portland, ME  04112-0426
(207) 774-2635

### Service List

**54 Third Avenue**
P Box 4070
Burlington, MA 01803-0970

**A.I.M. Mutual Insurance Companies**
54 Third Avenue
P.O. Box 4070
Burlington, MA 01803-0970

**AMC Mortgage Services**
P0 Box 5926
Carol Stream, IL 60197-5926

**AMC Mortgage Srvcs Servicer for Ameriquest Mtg Co**
P.O. Box 769
Orange, Ca 92866-9998
Attn: Kristie Bottalico

**Andre And Laura Mossiat**
14 Paddock Lane
Millis, MA 02054

**Bay View Loan Servicing, LLC**
PO Box 391346
Solon, OH 44139-8346

**Bengal Construction, Inc.**
56 Nickerson Road
Ashland, MA 01721

**Bevilacqua Paving Corp.**
C/O Nicole B. Caprioli, Esq, 370 Main St
Worcester, MA 01608

**Brookline Bank**
PD Box 61787
King Of Prussia, PA 09406

**Brookline Bank**
Customer Service Department
PO Box 2130
Williamsville, NY 14231

**Caterpilar Financial**
2120 West End Avenue
Nashville, TN 37203-0001

**Charter Communications**
P0 Box 830026
Baltimore, MD 21283

**David Floyd**
1377 Village Way
Silver Lake, NH 03875-5456

**Don And Ann McGarity**
323 Gardner Road
Tamwourth, NH 03886

**Donald H.C. Libbey, Esq.**
120 Fulton Street
Boston, MA 02109

**General Motors Acceptance Corporation**
2740 Arthur Street
Roseville, MN 55113-1303

**Geoffrey A. Domenico, Esq.**
PISCITELLI, DOMENICO & MURPHY, LLP
171 Washington Street
North Easton, MA 02356

**Gerrity Company Incorporated**
C/0 Peter Young
90 Oak Street, P0 Box 9111
Newton Upper Falls, MA 02464

**GMAC**
P0 Box 3100
Midland, TX 79702

**Gregory R. Barison, Esq**
84 State Street
Boston, MA 02109

**Hancock Lumber**
409 Roosevelt Trail
Windham, ME 04062

**HFC**
184-186 W Boylston St., Wachusett Plaza
West Boylston, MA 01583

**Highland Hardwoods**
407 Route 125
Brentwood, NH 03833

**Internal Revenue Service**
15 New Sudbury Street
Boston, MA 02203

**John Chapman**
C/O Gregory R. Barison, Esq.
84 State Street
Boston, MA 02109

**Jonathan R. Doolittle, Esq.**
Verrill Dana, LLP
One Portland Square
Portland, MA 04112-0586

**LBM Financial, LLC**
171 Lock Drive
Marlborough, MA 01752

**LBM Financial, LLC**
P0 Box 41
Marlborough, MA 01752

**M&T Mortgage Corporation**
P0 Box 1288
Buffalo, NY 14240-1288

**Marcello Mallegni**
894 Boston Post Road
Marlborough, MA 01752-1854

**Marcello Mallegni**
20 Box 41
Marlborough, MA 01752-1854

**Massachusetts Dept Of Revenue**
P0 Box 7010
Boston, MA 02204

**Mortgage Lenders Network USA, Inc.**
10 Research Parkway
Wallingford, CT 06492

**National Grid**
P0 Box 960
Northboro, MA 01532

**Northboro Oil Company, Inc.**
247 W. Main Street, Suite 2
Northboro, MA 01532

**Raymond C. Green, Inc.**
111 Huntington Ave., No 600
Boston, MA 02199

**Raymond C. Green, Inc.**
111 Huntington Ave., #600
Boston, MA 02199

**Reali Realty, LLC**
C/O Timothy J. Bryant, Esq.
P0 Box 9546
Portland, ME 04112-9546

**Royal Barry Wills Associates**
8 Newbury Street
Boston, MA 02116-3273

**Sallie Mae Servicing**
P.O. Box 9500
Wilkes-Barre, PA 18773-9500

**Sprinkler Services**
PO Box 809, 16 Lamb Street
Windham, ME 04062

**Town Of Millis**
900 Main Street
Millis, MA 02054

**Wachusett Lumber & Building Supply, Inc.**
87 Main Street
Rutland, MA 01543

**Richard T. King, Esq.**
Assistant U.S. Trustee
Office of the U.S. Trustee
537 Congress Street, Suite 303
Portland, ME 04101

**Nancy K. Swift, Esq.**
Anderson Brody Buchalter Nemer
Attn: Residential Bankruptcy Group
4600 East Shea Boulevard, Suite 201
Phoenix, AZ 85028

**James Audiffred, Esq.**
PO Box 1005
Saco, ME 04072

**Joshua R. Dow, Esq.**
Michael J. Pearce & Associates, LLC
Two Monument Square, 9th Floor
P.O. Box 108
Portland, ME 04112-0108

**Jacob A. Manheimer, Esq.**
Pierce Atwood
One Monument Square
Portland, ME 04101

**Michael J. Pearce, Esq.**
Pearce & Dow, LLC
Two Monument Square
P.O. Box 108
Portland, ME 04112-0108

**Todd D. Ross, Esq.**
Bernstein, Shure, Sawyer & Nelson
P.O. Box 9729
100 Middle Street
Portland, ME 04104

**Nicholas H. Walsh, Esq.**
111 Commercial Street
Portland, ME 04101



# SHLANSKY & CO., LLP
*ATTORNEYS AT LAW*

1762 MASSACHUSETTS AVENUE
LEXINGTON, MASSACHUSETTS 02420
WRITER'S EMAIL: JWO@SHLANSKYLAW.COM

TEL: (617) 497-7200
FAX: (866)257-9530
WWW.SHLANSKYLAW.COM

September 18, 2006

**VIA FACSIMILE**

Geoffrey A. Domenico, Esq.
Piscitelli, Domenico & Murphy, LLP
171 Washington Street
North Easton, MA 02356

Re: <u>Jay K. Hachigian and Jill Hachigian v. Royal Barry Wills Associates, Inc., et al., Middlesex Superior Court Civil Action No. 05-03830-D</u>

Dear Attorney Domenico:

We are in receipt of your letter dated September 14, 2006, regarding the Deposition of Mr. James DiGiandomenico in the above-captioned matter. In your letter, you have advised us that Mr. DiGiandomenico will answer no questions "framed to elicit information related to Mr. DiGiandomenico's business(es) and his building of Hachigian's house." Simply put, this is exactly what we are seeking, and entitled, to discover.

You have claimed that the Section 362 stay under the Bankruptcy Code prevents us from asking about any activities that directly or indirectly relate to Mr. DiGiandomenico's relationship with Mr. Hachigian, but that is an incorrect understanding of the purpose of the stay. As provided at 11 U.S.C.S. § 362, there shall be a stay on judicial proceedings against the debtor. However, that stay only applies to actions against the debtor, as related litigation goes on without the debtor. <u>In re: Mahurkar</u>, 140 B.R. 969 (1992). When evidence is "calculated to lead to evidence admissible" against a party not in bankruptcy, the deposition must continue. <u>Id.</u> At 977.

As you well know, Mr. DiGiandomenico is a vital third-party witness in the Hachigians' action against Royal Barry Wills Associates, Inc. We have tailored our topics to only those topics that were pertinent to our case against Royal Barry Wills Associates, Inc. Our questioning of Mr. DiGiandomenico, were it to apply to our case against Mr. DiGiandomenico personally, would cover many different areas. To clarify matters, we are willing to stipulate that all questions will be directed to Mr. DiGiandomenico in his capacity as a principal of JSD Builders, Inc. However, as cited

2

Geoffrey A. Domenico, Esq.
September 18, 2006

above, we are entitled under the rules to question a third party witness to an action in connection with the litigation of that matter.

Please be aware that it has been and continues to be our intention to treat this deposition as separate from our case against Mr. DiGiandomenico individually, which you properly indicated is currently stayed by the Suggestion of Bankruptcy dated on or about June 28, 2006. If and when that stay is lifted, we will notice a deposition in that matter and proceed to notice Mr. DiGiandomenico's separate deposition for issues pertinent and relevant to that case.

We must also remind you that your threat to direct your client not to answer questions posed in a deposition would not be viewed favorably by any court. As you are well aware, under Rule 30(c) of the Massachusetts Rules of Civil Procedure, all objections shall be noted by the officer upon the deposition, "*but the examination shall proceed.*" Counsel "may not instruct a deponent not to answer except where necessary to assert or preserve a privilege." Id. It is well-settled case law that a party that is forced to postpone a deposition, because of this tactic, to seek a court order to compel a deponent's testimony can be awarded costs and fees, including attorneys' fees for the subsequent deposition. Based on the clear case law in this matter, we respectfully decline to prepare a motion to compel in this matter trusting that you will reexamine your stance. We will proceed with the deposition and trust that we will have a witness ready to comply with the rules and the law, and any conduct otherwise will be addressed after the event.

Please do not hesitate to contact us with any questions. We look forward to seeing you on October 10th. Thank you.

Sincerely,

Jonathan W. Owen, Esq.

cc: Jay and Jill Hachigian

*Geoffrey Domenico 09 18 06*