## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| JAMES S. DIGIANDOMENICO, a/k/a | ) | Chapter 11 |
| JAY S. DIGIANDOMENICO, | ) | Case No. 06-20257 JBH |
| 569 White Mountain Highway | ) | |
| PO Box 2607 | ) | |
| North Conway, NH  03860, | ) | |
| ###-##-5063, | ) | |
| | ) | |
| Reorganized Debtor. | ) | |
| _____ | ) | |
| | ) | |
| JAY AND JILL HACHIGIAN, | ) | Adv. Proc. No. 07-02041 |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| JAMES S. DIGIANDOMENICO, a/k/a | ) | |
| JAY S. DIGIANDOMENICO, | ) | |
| | ) | |
| Defendant/ | ) | |
| Reorganized Debtor. | ) | |

### ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR NON-DISCHARGEABILITY

Upon consideration of Defendant's Motion to Dismiss Plaintiffs' Complaint for Non-Dischargeability and Incorporated Memorandum of Law dated May 30, 2007 (the "Motion"), and after due and appropriate prior notice of the Motion to all interested parties, good cause being established,

/__/ no timely objections to the Motion having been filed by any interested party, and no hearing thereon being necessary, it is, therefore, hereby

<or>

/ X   the Court having taken such offers of proof as deemed necessary and having heard the arguments of counsel at a hearing held before me on June 27, 2007, and the Court having considered any timely-filed objections to the Motion and any such objections either being resolved by agreement, withdrawn, or overruled at said hearing, for the reasons stated on the record, it is, therefore, hereby

-2-

**ORDERED, ADJUDGED, AND DECREED**

     1.    that the Motion be, and it hereby is, GRANTED in all respects, and it is hereby further

**ORDERED, ADJUDGED, AND DECREED**

     2.    that Plaintiff's May 1, 2007 Complaint in this Adversary Proceeding be, and it hereby is, DISMISSED in its entirety and with prejudice.

Dated:   June 27, 2007  .          /s/ James B. Haines, Jr.
                                                 James B. Haines, Jr., Judge
                                               United States Bankruptcy Court